467 A.2d 42

Commonwealth v. Elliot, Appellant.

Argued April 26, 1983. Jay Stuart Nedell, submitted a brief on behalf of appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.